# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: MANDARINO, JAMES RALPH § | Case No. 11-03626 |
| MANDARINO, BERTHA SOPHIE § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at *10:00* on *11/10/11* in Courtroom 250, United States Courthouse,
100 S. Third St.
Geneva, IL 60134.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/06/2011        By: /s/CHARLES J. MYLER
                                        Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MANDARINO, JAMES RALPH § Case No. 11-03626
MANDARINO, BERTHA SOPHIE §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 6,205.21 |
| and approved disbursements of | $ 61.90 |
| leaving a balance on hand of [1] | $ 6,143.31 |

**Balance on hand:** $ 6,143.31

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 6,143.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - CHARLES J. MYLER | 1,370.52 | 0.00 | 1,370.52 |
| Trustee, Expenses - Charles J. Myler | 5.16 | 0.00 | 5.16 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 1,852.50 | 0.00 | 1,852.50 |

Total to be paid for chapter 7 administration expenses: $ 3,228.18
Remaining balance: $ 2,915.13

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,915.13

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,915.13

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,786.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 3,446.14 | 0.00 | 465.07 |
| 2 | Discover Bank | 9,695.07 | 0.00 | 1,308.35 |
| 3 | Capital One, N.A | 880.44 | 0.00 | 118.82 |
| 4 | Credit First | 1,107.37 | 0.00 | 149.44 |
| 5 | World Financial Network National Bank | 361.51 | 0.00 | 48.79 |
| 6 | American InfoSource LP as agent for | 775.26 | 0.00 | 104.62 |
| 7 | GE Money Bank | 426.11 | 0.00 | 57.50 |
| 8 | GE Money Bank | 302.80 | 0.00 | 40.86 |
| 9 | GE Money Bank | 1,272.06 | 0.00 | 171.66 |
| 10 | GE Money Bank | 1,550.25 | 0.00 | 209.21 |
| 11 | GE Money Bank | 138.82 | 0.00 | 18.73 |

UST Form 101-7-NFR (10/1/2010)

| 12 | GE Money Bank | 1,830.50 | 0.00 | 247.03 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,940.08 |
| Remaining balance: | $ | -24.95 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | -24.95 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | -24.95 |

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                                     Case No. 11-03626-MB
James Ralph Mandarino                                                      Chapter 7
Bertha Sophie Mandarino
     Debtors                         CERTIFICATE OF NOTICE
District/off: 0752-1          User: lhatch              Page 1 of 2                   Date Rcvd: Oct 06, 2011
                              Form ID: pdf006           Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2011.
db/jdb        +James Ralph Mandarino,    Bertha Sophie Mandarino,    570 Homestead Court,    Aurora, IL 60506-8127
17335366      +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16739725      +Citibank Usa,    Centralized Bankrup,    Po Box 20507,    Kansas City, MO 64195-0507
16739726      +Corporate America Fcu,    2075 Big Timber Rd,    Elgin, IL 60123-1140
16739727      +Credit First,    Po Box 818011,    Cleveland, OH 44181-8011
17263838      +Loevy and Loevy,    312 N. May Street,    Suite 100,    Chicago,IL 60607-1237
16739735      +Macys/fdsb,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
16739736      +Nbgl-carsons,    140 W INDUSTRIAL,    Elmhurst, IL 60126-1602
17263839      +Nolan Stalbaum,    155 N. Waters Edge,    Glendale Heights,IL 60139-1523
17263840      +Ronald Bell,    228 Juniper Drive,    Streamwood,IL 60107-1862
16739737      +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
17263841      +Sheila Bell,    228 Juniper Drive,    Streamwood,IL 60107-1862
16739738      +The Limited,    Po Box 330066,    Northglenn, CO 80233-8066
16739739      +Tnb-visa,    Po Box 560284,    Dallas, TX 75356-0284
16739741     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,     ATTN BANKRUPTCY DEPT,
                MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court:   Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,    Frederick, MD 21701)
16739740      +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
16739742      +Wfnnb/express,    Po Box 182124,    Columbus, OH 43218-2124
16739743      +Wfnnb/gander Mountain,    4590 E Broad St,    Columbus, OH 43213-1301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17621483       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 07 2011 03:40:54
                 American InfoSource LP as agent for,    Citibank N.A.,    PO Box 248840,
                 Oklahoma City, OK   73124-8840
17270003       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 07 2011 03:40:54
                 American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK   73124-8866
17277258       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 07 2011 03:41:25      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH   43054-3025
16739728      +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 07 2011 03:41:25      Discover Fin,    Po Box 6103,
                 Carol Stream, IL 60197-6103
17656042       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 07 2011 03:40:54
                 FIA Card Services, NA/Bank of America,     by American InfoSource LP as its agent,    PO Box 248809,
                 Oklahoma City, OK   73124-8809
17630208       E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2011 03:42:18      GE Money Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16739729      +E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2011 03:42:18      GEMB / Old Navy,    Attention: GEMB,
                 Po Box 103104,    Roswell, GA 30076-9104
16739730      +E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2011 03:42:19      Gemb/jcp,    Attention: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
16739731      +E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2011 03:42:18      Gemb/kirklands,    Po Box 981400,
                 El Paso, TX 79998-1400
16739732      +E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2011 03:42:18      Gemb/walmart,    Po Box 981400,
                 El Paso, TX 79998-1400
16739733      +E-mail/PDF: cr-bankruptcy@kohls.com Oct 07 2011 03:42:12       Kohls,    Attn: Recovery Dept,
                 Po Box 3120,    Milwaukee, WI 53201-3120
16739734      +E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2011 03:42:18      Lowes / MBGA,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
17518324       E-mail/Text: bnc-alliance@quantum3group.com Oct 07 2011 01:37:27
                 World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
                 Kirkland, WA   98083-0788
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16739722*     +Bank Of America,   Po Box 17054,    Wilmington, DE 19850-7054
16739723*     +Bank Of America,   Po Box 17054,    Wilmington, DE 19850-7054
16739721     ##+Bank Of America,   Po Box 17054,    Wilmington, DE 19850-7054
16739724     ##+Citi Ctb,   Po Box 22066,    Tempe, AZ 85285-2066
                                                                                               TOTALS: 0, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: lhatch              Page 2 of 2              Date Rcvd: Oct 06, 2011
                              Form ID: pdf006           Total Noticed: 31
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2011**           **Signature:** *Joseph Speetjens*