# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: MANDARINO, JAMES RALPH       § Case No. 11-03626
      MANDARINO, BERTHA SOPHIE      §
                                     §
Debtor(s)                            §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $389,520.75 *(without deducting any secured claims)* | Assets Exempt: $64,104.75 |
| Total Distribution to Claimants: $2,915.20 | Claims Discharged Without Payment: $51,868.30 |
| Total Expenses of Administration: $3,290.08 | |

3) Total gross receipts of $  6,205.28   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  0.00   (see **Exhibit 2**), yielded net receipts of $6,205.28 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $329,692.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,290.08 | 3,290.08 | 3,290.08 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 54,418.00 | 49,796.12 | 49,796.12 | 2,915.20 |
| **TOTAL DISBURSEMENTS** | $384,110.00 | $53,086.20 | $53,086.20 | $6,205.28 |

    4) This case was originally filed under Chapter 7 on January 31, 2011. The case was pending for 12 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/24/2012              By: /s/CHARLES J. MYLER
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax refunds | 1224-000 | 6,205.00 |
| Interest Income | 1270-000 | 0.28 |
| **TOTAL GROSS RECEIPTS** | | **$6,205.28** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Bank Nv Na | 4110-000 | 64,956.00 | N/A | N/A | 0.00 |
| NOTFILED | Corporate America Fcu | 4110-000 | 1,826.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 262,910.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$329,692.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 1,370.52 | 1,370.52 | 1,370.52 |
| Charles J. Myler | 2200-000 | N/A | 5.16 | 5.16 | 5.16 |

**UST Form 101-7-TDR (10/1/2010)**

| Myler, Ruddy & McTavish | 3110-000 | N/A | 1,852.50 | 1,852.50 | 1,852.50 |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 11.90 | 11.90 | 11.90 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,290.08 | 3,290.08 | 3,290.08 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | 3,446.00 | 3,446.14 | 3,446.14 | 201.75 |
| 2 | Discover Bank | 7100-000 | 9,695.00 | 9,695.07 | 9,695.07 | 567.57 |
| 3 | Capital One,N.A | 7100-000 | 880.00 | 880.44 | 880.44 | 51.54 |
| 4 | Credit First | 7100-000 | 1,107.00 | 1,107.37 | 1,107.37 | 64.83 |
| 5 | World Financial Network National Bank | 7100-000 | N/A | 361.51 | 361.51 | 21.16 |
| 6 | American InfoSource LP as agent for | 7100-000 | 775.00 | 775.26 | 775.26 | 45.39 |
| 7 | GE Money Bank | 7100-000 | 426.00 | 426.11 | 426.11 | 24.95 |
| 8 | GE Money Bank | 7100-000 | 302.00 | 302.80 | 302.80 | 17.73 |
| 9 | GE Money Bank | 7100-000 | 1,272.00 | 1,272.06 | 1,272.06 | 74.47 |
| 10 | GE Money Bank | 7100-000 | 1,550.00 | 1,550.25 | 1,550.25 | 90.76 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | GE Money Bank | 7100-000 | 138.00 | 138.82 | 138.82 | 8.13 |
| 12 | GE Money Bank | 7100-000 | 1,830.00 | 1,830.50 | 1,830.50 | 107.16 |
| 13 | Bank Of America | 7100-000 | 26,704.00 | 26,704.17 | 26,704.17 | 1,563.33 |
| NOTFILED | Macys/fdsb | 7100-000 | 442.00 | N/A | N/A | 0.00 |
| NOTFILED | Nbgl-carsons | 7100-000 | 1,336.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank Usa Centralized Bankrup | 7100-000 | 1,306.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd | 7100-000 | 775.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 375.00 | 375.62 | 375.62 | 21.99 |
| NOTFILED | The Limited | 7100-000 | 256.00 | N/A | N/A | 0.00 |
| NOTFILED | Nolan Stalbaum | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Shiela Bell | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/gander Mountain | 7100-000 | 683.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/express | 7100-000 | 190.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 930.00 | 930.00 | 930.00 | 54.44 |
| NOTFILED | Ronald Bell | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 54,418.00 | 49,796.12 | 49,796.12 | 2,915.20 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-03626  
**Case Name:** MANDARINO, JAMES RALPH  
MANDARINO, BERTHA SOPHIE  
**Period Ending:** 01/24/12

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 01/31/11 (f)  
**§341(a) Meeting Date:** 03/21/11  
**Claims Bar Date:** 08/10/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   570 Homestead Court, Aurora IL 60506, value per    Orig. Asset Memo: Imported from original petition Doc# 1 | 267,000.00 | 0.00 | DA | 0.00 | FA |
| 2   Checking Account with Harris Bank    Orig. Asset Memo: Imported from original petition Doc# 1 | 2,500.00 | 0.00 |  | 0.00 | FA |
| 3   Household Goods and Furniture    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4   Books, dvds, etc    Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 5   Clothing    Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 6   Wedding rings    Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 7   Term Life insurance with State Farm Life Insuran    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 8   Term Life Insurance with State Farm Insurance Co    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 9   501(c)(9) Plan with the Village of Streamwood A    Orig. Asset Memo: Imported from original petition Doc# 1 | 4,042.11 | 0.00 | DA | 0.00 | FA |
| 10  Morgan Stanlet Bright Start College Savings Plan    Orig. Asset Memo: Imported from original petition Doc# 1 | 3,317.00 | 0.00 | DA | 0.00 | FA |
| 11  Morgan Stanley Bright Start College Savings acco    Orig. Asset Memo: Imported from original petition Doc# 1 | 3,603.00 | 0.00 | DA | 0.00 | FA |
| 12  Morgan Stanley Bright Start College Savings acco | 3,744.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-03626  
**Case Name:** MANDARINO, JAMES RALPH  
    MANDARINO, BERTHA SOPHIE  
**Period Ending:** 01/24/12

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 01/31/11 (f)  
**§341(a) Meeting Date:** 03/21/11  
**Claims Bar Date:** 08/10/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | 457(b) Plan with the Village of Streamwood<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 6,098.64 | 0.00 | DA | 0.00 | FA |
| 14 | Streamwood Police Pension Fund<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 89,901.00 | 89,901.00 | DA | 0.00 | FA |
| 15 | 2002 Ford Explorer with 140,000 miles<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 3,825.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2000 Chevrolet Silverado with 220,000 miles valu<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,890.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2004 Lund Model 1650. 16 and 1/2 foot boat value<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,550.00 | 724.00 | DA | 0.00 | FA |
| 18 | Tax refunds (u) | 6,205.00 | 0.00 | | 6,205.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.28 | FA |
| 19 | **Assets** Totals (Excluding unknown values) | **$398,225.75** | **$90,625.00** | | **$6,205.28** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Final account sent to US Trustee 12/9/11

**Initial Projected Date Of Final Report (TFR):** June 30, 2011      **Current Projected Date Of Final Report (TFR):** October 6, 2011 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-03626  
**Case Name:** MANDARINO, JAMES RALPH  
MANDARINO, BERTHA SOPHIE  
**Taxpayer ID #:** **-***2771  
**Period Ending:** 01/24/12

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******98-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/20/11 | {18} | Keenan Law Offices | Tax refunds | 1224-000 | 6,205.00 | | 6,205.00 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 6,205.01 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,205.06 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,205.11 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 11.90 | 6,193.21 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,193.26 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,168.26 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,168.31 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,143.31 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,143.36 |
| 11/10/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 6,143.38 |
| 11/10/11 | | To Account #9200******9866 | Transfer to checking | 9999-000 | | 6,143.38 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,205.28 | 6,205.28 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,143.38 | |
| | | | **Subtotal** | | 6,205.28 | 61.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,205.28** | **$61.90** | |

{} Asset reference(s)

Printed: 01/24/2012 11:57 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-03626  
**Case Name:** MANDARINO, JAMES RALPH  
MANDARINO, BERTHA SOPHIE  
**Taxpayer ID #:** **-***2771  
**Period Ending:** 01/24/12  

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******98-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/10/11 | | From Account #9200******9865 | Transfer to checking | 9999-000 | 6,143.38 | | 6,143.38 |
| 11/10/11 | 101 | CHARLES J. MYLER | Dividend paid 100.00% on $1,370.52, Trustee Compensation;  Reference: | 2100-000 | | 1,370.52 | 4,772.86 |
| 11/10/11 | 102 | Charles J. Myler | Dividend paid 100.00% on $5.16, Trustee Expenses;  Reference: | 2200-000 | | 5.16 | 4,767.70 |
| 11/10/11 | 103 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $1,852.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,852.50 | 2,915.20 |
| 11/10/11 | 104 | American InfoSource LP as agent for | Dividend paid   5.85% on $3,446.14; Claim# 1; Filed: $3,446.14; Reference: XXXXXXXXXXXX6024 | 7100-000 | | 201.75 | 2,713.45 |
| 11/10/11 | 105 | Discover Bank | Dividend paid   5.85% on $9,695.07; Claim# 2; Filed: $9,695.07; Reference: XXXXXXXXXXXX7709 | 7100-000 | | 567.57 | 2,145.88 |
| 11/10/11 | 106 | Capital One,N.A | Dividend paid   5.85% on $880.44; Claim# 3; Filed: $880.44; Reference: XXXXXXXX6652 | 7100-000 | | 51.54 | 2,094.34 |
| 11/10/11 | 107 | Credit First | Dividend paid   5.85% on $1,107.37; Claim# 4; Filed: $1,107.37; Reference: XXXXX0375 | 7100-000 | | 64.83 | 2,029.51 |
| 11/10/11 | 108 | World Financial Network National Bank | Dividend paid   5.85% on $361.51; Claim# 5; Filed: $361.51; Reference: | 7100-000 | | 21.16 | 2,008.35 |
| 11/10/11 | 109 | American InfoSource LP as agent for | Dividend paid   5.85% on $775.26; Claim# 6; Filed: $775.26; Reference: XXXXXXXXXXXX1087 | 7100-000 | | 45.39 | 1,962.96 |
| 11/10/11 | 110 | GE Money Bank | Dividend paid   5.85% on $426.11; Claim# 7; Filed: $426.11; Reference: XXXXXXXXXXXX8734 | 7100-000 | | 24.95 | 1,938.01 |
| 11/10/11 | 111 | GE Money Bank | Dividend paid   5.85% on $302.80; Claim# 8; Filed: $302.80; Reference: XXXXXXXXXXXX1376 | 7100-000 | | 17.73 | 1,920.28 |
| 11/10/11 | 112 | GE Money Bank | Dividend paid   5.85% on $1,272.06; Claim# 9; Filed: $1,272.06; Reference: XXXXXXXXXXXX1011 | 7100-000 | | 74.47 | 1,845.81 |
| 11/10/11 | 113 | GE Money Bank | Dividend paid   5.85% on $1,550.25; Claim# 10; Filed: $1,550.25; Reference: XXXXXXXXXXXX8882 | 7100-000 | | 90.76 | 1,755.05 |
| 11/10/11 | 114 | GE Money Bank | Dividend paid   5.85% on $138.82; Claim# 11; Filed: $138.82; Reference: XXXXXXXXXXXX9112 | 7100-000 | | 8.13 | 1,746.92 |
| 11/10/11 | 115 | GE Money Bank | Dividend paid   5.85% on $1,830.50; Claim# 12; Filed: $1,830.50; Reference: | 7100-000 | | 107.16 | 1,639.76 |

Subtotals :   $6,143.38   $4,503.62

{} Asset reference(s)

Printed: 01/24/2012 11:57 AM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-03626 | | **Trustee:** | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| **Case Name:** | MANDARINO, JAMES RALPH | | **Bank Name:** | The Bank of New York Mellon |
| | MANDARINO, BERTHA SOPHIE | | **Account:** | 9200-******98-66 - Checking Account |
| **Taxpayer ID #:** | **-***2771 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 01/24/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | XXXXXXXXXXXX6859 | | | | |
| 11/10/11 | 116 | Bank Of America | Dividend paid 5.85% on $26,704.17; Claim# 13; Filed: $26,704.17; Reference: XXXXXXXXXX1839 | 7100-000 | | 1,563.33 | 76.43 |
| 11/10/11 | 117 | Bank Of America | Dividend paid 5.85% on $930.00; Claim# NOTFILED; Filed: $930.00; Reference: XXXXXXXXXXXX5843 | 7100-000 | | 54.44 | 21.99 |
| 11/10/11 | 118 | Bank Of America | Dividend paid 5.85% on $375.62; Claim# NOTFILED; Filed: $375.62; Reference: XXXXXXXXXXXX2453 | 7100-000 | | 21.99 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,143.38 | 6,143.38 | $0.00 |
| | | | Less: Bank Transfers | | 6,143.38 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 6,143.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6,143.38** | |

Net Receipts :  6,205.28

Net Estate :  $6,205.28

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******98-65** | 6,205.28 | 61.90 | 0.00 |
| **Checking # 9200-******98-66** | 0.00 | 6,143.38 | 0.00 |
| | $6,205.28 | $6,205.28 | $0.00 |

{} Asset reference(s)

Printed: 01/24/2012 11:57 AM    V.12.57